IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALEX FUNES, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-00252-MTT-CHW |
| | * |
| Warden ANTOINE CALDWELL, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 9, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 9th day of December, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk